**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 08-2548 ODW (RZx) | Date | August 4, 2008 |
| Title | *Broadcast Music, Inc., et al. v. The Brown Cunningham Enterprise, LLC* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings (In Chambers):** Further Order to Show Cause Why Sanctions Should Not Issue For Failure to Appear at Rule 16 Scheduling Conference.

     On July 14, 2008, counsel for Defendants, Reginald Brown, was ordered to show cause by July 28, 2008 why sanctions should not issue or why default should not be entered for Defendants' failure to appear at the July 14, 2008, Rule 16 scheduling conference. [Docket #22.] Mr. Brown's declaration, filed July 28, 2008, contends that his failure to attend was due to him not receiving the Court's May 23, 2008 scheduling order setting the scheduling conference date. (Brown Decl. ¶ 3.) Upon further review of the filings in this case, however, the Court finds Mr. Brown's response unsatisfactory. On July 1, 2008 the parties timely submitted their Rule 26(f) Joint Report. The caption of that joint report conspicuously lists the July 14, 2008 scheduling conference date and time. Mr. Brown signed this Joint Report. Thus, Mr. Brown's declaration appears to be disingenuous. Accordingly, Mr. Brown is ordered to show cause, in writing and no later than **August 12, 2008**, why sanctions in the amount of $250 should not issue for his failure to appear at the July 14, 2008 scheduling conference.

**IT IS SO ORDERED.**

|  |  |  |
|---|---|---|
|  | ---- | : 00 |
| Initials of Preparer | RGN | |